(AJWx), CLOSED, DISCOVERY, MANADR

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-01500-JFW-AJW

| | |
|---|---|
| George Mays v. LG Phillips LCD Co Ltd et al | Date Filed: 03/07/2007 |
| Assigned to: Judge John F. Walter | Date Terminated: 05/02/2007 |
| Referred to: Magistrate Judge Andrew J. Wistrich | Jury Demand: Plaintiff |
| Cause: 15:0001 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**George Mays**
*on behalf of himself and all others similarly situated*

represented by **Scott Robert Ames**
Serratore and Ames
9595 Wilshire Boulevard, Suite 201
Los Angeles, CA 90212
310-205-2460
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J Serratore**
Serratore and Ames
9595 Wilshire Boulevard, Suite 201
Beverly Hills, CA 90212
310-205-2460
Fax: 310-205-2464
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**LG Phillips LCD Co Ltd**

**Defendant**

**LG Phillips LCD America Inc**

**Defendant**

**Samsung Electronics Co Ltd**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

Toshiba Corporation

**Defendant**

Toshiba Matsushita Display Technology Co Ltd

**Defendant**

Hitachi Ltd

**Defendant**

Hitachi Displays Ltd

**Defendant**

Hitachi America Ltd

**Defendant**

Hitachi Electronic Devices USA Inc

**Defendant**

Sanyo Epson Imaging Devices Corporation

**Defendant**

NEC Corporation

**Defendant**

NEC LCD Technologies Ltd

**Defendant**

NEC Electronics America Inc

**Defendant**

IDT International Ltd

**Defendant**

AU Optronics

**Defendant**

International Display Technology Co Ltd

**Defendant**

International Display Technology USA Inc

**Defendant**

AU Optronics Corporation America

**Defendant**

Chi Mei Optoelectronics

**Defendant**

Chi Mei Optoelectronics USA Inc

**Defendant**

Chunghwa Picture Tubes Ltd

**Defendant**

HannStar Display Corporation

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2007 | 1 | COMPLAINT against defendants Toshiba Corporation, Toshiba Matsushita Display Technology Co Ltd, Hitachi Ltd, Hitachi Displays Ltd, Hitachi America Ltd, Hitachi Electronic Devices USA Inc, Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies Ltd, NEC Electronics America Inc, IDT International Ltd, AU Optronics, International Display Technology Co Ltd, International Display Technology USA Inc, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA Inc, Chunghwa Picture Tubes Ltd, HannStar Display Corporation, LG Phillips LCD Co Ltd, LG Phillips LCD America Inc, Samsung Electronics Co Ltd, Sharp Corporation, Sharp Electronics Corporation. (Filing fee $ 350 PAID.) Jury Demanded., filed by plaintiff George Mays.(et) (Entered: 03/14/2007) |
| 03/07/2007 |  | 20 DAY Summons Issued re Complaint - (Discovery) [1] as to Toshiba Corporation, Toshiba Matsushita Display Technology Co Ltd, Hitachi Ltd, Hitachi Displays Ltd, Hitachi America Ltd, Hitachi Electronic Devices USA Inc, Sanyo Epson Imaging Devices Corporation, NEC Corporation, NEC LCD Technologies Ltd, NEC Electronics America Inc, IDT International Ltd, AU Optronics, International Display Technology Co Ltd, International Display Technology USA Inc, AU Optronics Corporation America, Chi Mei Optoelectronics, Chi Mei Optoelectronics USA Inc, Chunghwa Picture Tubes Ltd, HannStar Display Corporation, LG Phillips LCD Co Ltd, LG Phillips LCD America Inc, Samsung Electronics Co Ltd, Sharp Corporation, Sharp Electronics Corporation. (et) (Entered: 03/14/2007) |
| 03/07/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff George Mays. (et) (Entered: 03/14/2007) |
| 03/07/2007 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(et) (Entered: 03/14/2007) |
| 03/07/2007 |  | FAX number for Attorney Scott Robert Ames is 310-205-2464. (et) (Entered: 03/14/2007) |

| 03/08/2007 | 4 | STANDING ORDER by Judge John F. Walter,(bp, ) (Entered: 03/22/2007) |
| --- | --- | --- |
| 04/10/2007 | 6 | NOTICE of judicial panel on multidistrict litigation proceedings and pending consolidation and transfer filed by plaintiff George Mays. (bp, ) (Entered: 05/02/2007) |
| 05/02/2007 | 5 | IT IS HEREBY ORDERED that this action is removed from the court's active caseload until further application by the parties or order of this court. This court retains jurisdiction over this action and this order shall not prejudice any party to this action by Judge John F. Walter,, (Made JS-6. Case Terminated.)(bp, ) (Entered: 05/02/2007) |
| 06/05/2007 | 7 | CONDITIONAL TRANSFER (CTO-1) from the judicial panel on multidistrict litigation MDL 1827, transferring case to USDC Northern District of California, San Francisco. Assigned to Judge Susan Illston, original file, certified copy of the transfer order and docket sheet sent. (bp) (Entered: 06/07/2007) |
| 06/07/2007 | | TRANSMITTAL of documents: A certified copy of transfer order, court docket and transfer letters mailed to the USDC Northern District of California. (bp) (Entered: 06/07/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 06/15/2007 14:16:11 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-01500-JFW-AJW |
| Billable Pages: | 3 | Cost: | 0.24 |